UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

MICHAEL N. DAVID,

    Defendant.

---

86 Civ. 9462 (DNE)

SCANNED

USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-2008

54810 204449

## ORDER DIRECTING PAYMENT TO TREASURY

Upon consideration of Plaintiff Securities and Exchange Commission's Motion for Release of Funds, its memorandum of law in support of the Motion, and all pleadings and papers previously submitted to the Court in this action,

IT IS HEREBY ORDERED that the Clerk of this Court pay all funds presently being held in the Registry of the Court in connection with the above-captioned case, together with all interest accrued thereon, by check to the order of the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter that identifies the caption and case number of this action, and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury; and

IT IS FURTHER ORDERED that upon receipt of such funds, the Securities and Exchange Commission ("Commission") shall promptly remit the funds to the United States Treasury; and

IT IS FURTHER ORDERED that payment of the civil penalty and any future payments of disgorgement pursuant to the Final Consent Judgment as to Defendant Michael David shall be made to the Commission; and

IT IS FURTHER ORDERED that any funds, assets or proceeds that the Court or the Commission may collect in the future from defendant in the above-captioned action (or their respective representatives, agents, heirs or assigns) in satisfaction of the judgment in this action shall be promptly remitted to the United States Treasury; and

IT IS FURTHER ORDERED that $20,000 that the Commission has received directly from defendant Michael David shall be applied by the Commission in partial satisfaction of David's judgment debt for disgorgement, notwithstanding the payment instructions in ¶ V of David's consent judgment, and the Commission shall promptly remit such funds to the United States Treasury.

Dated: July 10, 2008
New York, New York

_____
UNITED STATES DISTRICT JUDGE
PART C